**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| REGINALD O. WATKINS, 04079239,<br>  Plaintiff,<br><br>v.<br><br>ACE IRON AND METAL, and DALLAS POLICE DEPT.<br>  Defendants. | )<br>)<br>)<br>) No. 3:05-CV-464-B<br>)<br>)<br>)<br>) |

NORTHERN DISTRICT OF TEXAS
FILED
JUN 28 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this ___ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE